UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BENNETT, | No. 2:24-cv-00769-TLN-CKD |
| Plaintiff, | |
| v. | ORDER |
| VIA PATH TECHNOLOGIES, et al., | |
| Defendants. | |

Plaintiff, a county inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, filed an in forma pauperis affidavit or paid the required filing fee of $350.00 plus the $55.00 administrative fee.[1] See 28 U.S.C. §§ 1914(a), 1915(a). On March 22, 2024, the court ordered plaintiff to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the required fees totaling $405.00. To date, plaintiff has failed to comply with that order and instead filed a proposed summons. ECF No. 7. However, plaintiff is advised that no summons will issue unless and until the fee issue has been resolved and the complaint has been screened by the court and found to contain at least one cognizable constitutional claim for relief. See 28 U.S.C. § 1915; 28 U.S.C. § 1915A(a).

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments. Litigants proceeding in forma pauperis are not required to pay the $55.00 administrative fee.

1

1  Based on plaintiff's attempt to prosecute this action, the court will give plaintiff one last chance to
2  complete an affidavit in order to proceed in forma pauperis or to submit the required filing fee.
3        In order to proceed with this case, plaintiff must provide a signed and dated application to
4  proceed in forma pauperis.  Additionally, the revised in forma pauperis application form includes
5  a section that must be completed by a prison official, which must be accompanied by a certified
6  copy of the prisoner's prison trust account statement for the six-month period immediately
7  preceding the filing of this action.
8        In accordance with the above, IT IS HEREBY ORDERED that:
9        1.  Within 30 days from the date of this order, plaintiff shall submit an application to
10 proceed in forma pauperis on the form provided by the Clerk of Court, or the required fees in the
11 amount of $405.00.
12       2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In
13 Forma Pauperis By a Prisoner.
14       3.  **Plaintiff's failure to comply with this order will result in a recommendation that**
15 **this action be dismissed.**
16 Dated:  June 26, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

24 12/benn0769.3a(2).new