s

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BENNETT,<br><br>Plaintiff,<br><br>v.<br><br>VIA PATH TECHNOLOGIES, et al.,<br><br>Defendants. | No. 2:24-cv-0769-TLN-CKD P<br><br>ORDER VACATING FINDINGS & RECOMMENDATIONS |

On July 30, 2025, the undersigned filed findings and recommendations recommending this action be dismissed without prejudice for plaintiff's failure to prosecute. (ECF No. 21.) Plaintiff filed objections to the findings and recommendations. (ECF No. 22.)

Good cause appearing IT IS ORDERED that the findings and recommendations filed on July 30, 2025 (ECF No. 21) are VACATED.

Dated: September 13, 2025

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, benn0769.vacfr

1