UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID BENNETT,

Plaintiff,

v.

VIA PATH TECHNOLOGIES, et al.,

Defendants.

No.  2:24-cv-0769-TLN-CKD P

ORDER

Plaintiff initiated this case while housed at Monroe Detention Center in Yolo County, California. Plaintiff's original complaint challenged a jail policy regarding tablet computers provided to inmates as violating his constitutional rights under 42 U.S.C. § 1983 and the Americans with Disabilities Act. (ECF No. 1.) Specifically, plaintiff challenged the Monroe Detention Center's policy concerning tablet computers provided to inmates that allegedly violated plaintiff's First Amendment right to freedom of religion and his Fourteenth Amendment right to equal protection as a pretrial detainee, and the Americans with Disabilities Act ("ADA"). (See id.)

By order filed May 29, 2025, plaintiff's complaint was dismissed and leave to file an amended complaint was granted. (ECF No. 16.) On July 30, 2025, no amended complaint having been filed, the undersigned recommended this case be dismissed without prejudice for plaintiff's failure to prosecute. (ECF No. 21.) Plaintiff filed objections to the findings and recommendations.

1

(ECF No. 22.) Subsequently, the undersigned vacated the findings and recommendations and the recommendation to dismiss this action. (ECF No. 23.)

Plaintiff is now granted a further opportunity to file an amended complaint challenging the Monroe County Detention Center's policy regarding tablet computers. If plaintiff chooses to file an amended complaint, plaintiff must allege in specific terms how each named defendant is involved. There can be no liability under 42 U.S.C. § 1983 unless there is some affirmative link or connection between a defendant's actions and the claimed deprivation. Rizzo v. Goode, 423 U.S. 362 (1976). Plaintiff is informed that Local Rule 220 requires that an amended complaint be complete in itself without reference to any prior pleading.

In accordance with the above, IT IS HEREBY ORDERED that plaintiff is granted 30 days from the date of service of this order to file an amended complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice. The amended complaint must bear the docket number assigned this case and must be labeled "Amended Complaint."

Dated:  May 19, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 benn0769.lta

2