UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BENNETT, | No.  2:24-cv-00769-TLN-CKD P |
| Plaintiff, | |
| v. | ORDER |
| VIA PATH TECHNOLOGIES, et al., | |
| Defendants. | |

Plaintiff initiated this case while housed at Monroe Detention Center in Yolo County, California, challenging a jail policy regarding tablet computers provided to inmates as violating his constitutional rights under 42 U.S.C. § 1983 and the Americans with Disabilities Act. (ECF No. 1.) Specifically, plaintiff alleged the policy violated his First Amendment right to freedom of religion, his Fourteenth Amendment right to equal protection as a pretrial detainee, and the Americans with Disabilities Act ("ADA"). (See id.) Plaintiff also filed a supplement to the complaint. (ECF No. 14.)

By order filed May 29, 2025, plaintiff's complaint was dismissed and leave to file an amended complaint was granted. (ECF No. 16.) By further order filed on May 19, 2026, the court granted plaintiff and additional 30 days from the date of that order to file an amended complaint. (ECF No. 28.)

////

1

Plaintiff has not filed an amended complaint and instead has filed a motion requesting a copy of the complaint, a copy of the supplement to the complaint, self-help material, and instructions and forms for finding a person through the district court. (ECF No. 30.) Plaintiff also filed a motion requesting that defendants be ordered to file an answer. (ECF No. 31.)

Plaintiff has not stated a claim upon which relief can be granted in this case. Accordingly, the motion for an order requiring defendants to answer is denied. It is unclear how plaintiff's requests for self-help material and instructions and forms relate to this case. As a one-time courtesy, plaintiff will be provided a copy of the complaint and supplement to the complaint. Otherwise, the request for materials and instructions is denied. Plaintiff shall file any amended complaint within 30 days of the date of this order and is cautioned that failure to do so will result in a recommendation that this case be dismissed for failure to prosecute and/or failure to state a claim.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for copies, instructions, and forms (ECF No. 30) is GRANTED in part, only to the extent that the Clerk of the Court shall send plaintiff a copy of the complaint filed on March 13, 2024 (ECF No. 1) and a copy of the supplement filed on January 27, 2025 (ECF No. 14).

2. Plaintiff's motion for a court order (ECF No. 31) is DENIED.

3. Sua sponte, the court grants plaintiff 30 days from the date of this order to file an amended complaint challenging the Monroe County Detention Center's policy regarding tablet computers; no further extensions of time for this purpose will be granted absent good cause shown based on circumstances outside of plaintiff's control.

Dated:  July 1, 2026

Carolyn K. Delaney

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 benn0769.30.31

2