UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BENNETT, Plaintiff, v. VIA PATH TECHNOLOGIES, et al., Defendants. | No. 2:24-cv-0769-TLN-CKD P<br><br>ORDER |

Plaintiff filed a motion for extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 35) is granted; and

2. Plaintiff is granted sixty days from the date of this order in which to file an amended complaint.

Dated: August 20, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 benn0769.36