UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HILL BENNETT,<br>Plaintiff,<br>v.<br>VIA PATH TECHNOLOGIES, et al.,<br>Defendants. | No. 2:24-cv-00769-TLN-CKD P<br><br><u>FINDINGS & RECOMMENDATIONS</u> |

Plaintiff is a county jail inmate who initiated this case while he was housed as a pretrial detainee at Monroe Detention Center in Yolo County, California. Plaintiff's complaint filed on March 13, 2024, challenged a jail policy regarding tablet computers provided to inmates as violating his constitutional rights under 42 U.S.C. § 1983 and the Americans with Disabilities Act. (ECF No. 1.)

By order filed May 29, 2025 (ECF No. 16), the undersigned dismissed plaintiff's complaint and granted thirty days leave to file an amended complaint. The time granted for that purpose has expired and plaintiff did not file an amended complaint or seek an extension of time to do so. Accordingly, on July 30, 2025, the undersigned recommended this case be dismissed without prejudice for failure to prosecute. (ECF No. 21.)

Plaintiff filed objections. Based on plaintiff's objections, the undersigned vacated the recommendation to dismiss this case for failure to prosecute. (ECF No. 23.) By further order filed

on May 19, 2026, plaintiff was granted additional 30 days from the date of that order to file an amended complaint. (ECF No. 28.)

Plaintiff did not file an amended complaint and instead filed a motion requesting copies, self-help material, and instructions and forms for finding a person through the district court. (ECF No. 30.) The court provided plaintiff with the copies he requested and granted plaintiff an additional extension of time of 30 days to file an amended complaint. (ECF No. 32.) Plaintiff also filed a motion requesting that defendants be ordered to file an answer which the court denied because plaintiff had not stated any claim upon which relief can be granted. (ECF Nos. 31, 32.)

In the order dated July 1, 2026, the undersigned specifically cautioned plaintiff that failure to file an amended complaint would result in a recommendation that this case be dismissed for failure to prosecute and/or failure to state a claim. (Id. at 2.) Plaintiff was also specifically cautioned that no further extensions of time for the purpose of amending the complaint would be granted absent good cause shown based on circumstances outside of plaintiff's control. (Id.)

On August 14, 2026, plaintiff filed another motion for an extension of time of 60 days to file an amended complaint, which the court granted. (ECF Nos. 35, 36.) The additional time granted has expired, and plaintiff still has not filed an amended complaint. Instead, plaintiff has filed four motions requesting a variety of relief including default judgment, a temporary restraining order, and requests for preliminary injunction. (ECF Nos. 37, 38, 39, 40.)

Plaintiff has not stated a claim upon which relief can be granted and has not filed an amended complaint for the court to screen. The matters raised in plaintiff's most recent motions do not bear any apparent relationship to the matters raised in plaintiff's original complaint in this case. Instead, plaintiff appears to be requesting relief related to the conditions of his current confinement at the Butte County Jail or other miscellaneous matters that do not involve or relate to plaintiff's prior confinement at the Monroe Detention Center. It now clearly appears plaintiff cannot state a claim and this action challenging the Monroe Detention Center's jail policy regarding tablet computers should be dismissed for failure to state a claim for the reasons set forth in the court's screening order filed on May 29, 2025. (ECF No. 16.) Plaintiff's pending motions should be denied as having been rendered moot.

For the reasons set forth above, IT IS RECOMMENDED as follows:

1. This action be dismissed without further leave to amend for failure to state a claim for the reasons stated above and the reasons stated in the screening order dated May 29, 2025.
2. Petitioner's pending motions (ECF Nos. 37, 38, 39, 40) be denied as moot.
3. The Clerk of the Court be directed to close this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: November 4, 2026

Carolyn K. Delaney

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 benn0769.fr